IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-0105-3D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER TO SEAL AND REDACT |
| v. | ) | DEFENDANT'S PRO SE FILING |
| | ) | |
| JAMES FLOWERS | ) | |

The matter before the Court is the United States' Unopposed Motion to Seal and Redact Defendant's Pro Se Filing, filed on March 16, 2018.

Having considered the motion, and for good cause shown, the court hereby GRANTS the motion. The Clerk is DIRECTED to permanently seal the defendant's pro se motion to dismiss, at Docket Entry 142. The clerk is further DIRECTED to enter at Docket Entry 142 the redacted copy of the defendant's pro se motion, which was submitted as an attachment to the government's Motion to Seal and Redact.

SO ORDERED this __19__ day of March, 2018.

_____
JAMES C. DEVER, III
Chief United States District Judge