IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-105-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JAMES FLOWERS, ) | |
| ) | |
| Defendant. ) | |

James Flowers, appearing pro se, filed a motion for a copy of the docket sheet judgment, sentencing minutes, and sentencing and/or plea hearing transcripts in his case [D.E. 460]. The sentencing minute entry is on the docket sheet. Defendant may request a copy of the docket sheet from the clerk's office and pay the required per page copy fee. As for the transcripts, although a court reporter transcribed the arraignment and sentencing hearings, the court reporter did not prepare a transcript. No one ordered one.

"An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Flowers has failed to show a particularized need for the transcripts. To the extent Flowers's motion could be construed as motion to obtain transcripts without charge, the motion [D.E. 460] is DENIED.

SO ORDERED. This 20 day of April, 2022.

JAMES C. DEVER III
United States District Judge